# CASOS RESUELTOS SIN OPINION POR EL TRIBUNAL SUPREMO DE PUERTO RICO DESDE JUNIO 15 A DICIEMBRE 23, 1914.

No. 126. CARLO, PETITIONARIO, *v.* LÓPEZ ANTONGIORGI, SECRETARIO DE LA CORTE DE DISTRITO, DEMANDADO.—Solicitud para que se expida mandamiento de *certiorari* al Secretario de la Corte de Distrito de San Juan, Sección 2ª., en una acción de desahucio. Resuelto en junio 15, 1914. Desestimada la solicitud y denegada la expedición del mandamiento por no alegarse en la petición la fecha en que fué notificada la sentencia por desahucio al solicitante, ni la fecha en que se presentó en secretaría el escrito de apelación, así como tampoco si se consignó en secretaría el importe del precio adeudado o la fianza a satisfacción del tribunal. Abogado del peticionario: *Sr. Luis Freyre Barbosa.* El demandado no compareció.

No. 1166. ALONSO, DEMANDANTE Y APELADO, *v.* OLLER ET AL., DEMANDADOS Y APELANTES.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre cobro de una cantidad de dinero. Moción del apelado para que se desestime la apelación. Resuelto en junio 16, 1914. Desestimada la apelación por no haberse radicado la transcripción de autos. Abogado del apelado: *Sr. Damián Monserrat, Jr.* Los apelantes no comparecieron.